AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 22-3203

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Larry Dean Harmon
was received by me on *(date)* October 20, 2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to Mr. Harmon's consent, I personally emailed a copy of the complaint and court-issued summons in this action to the email address of his wife, who printed out the materials and provided them to Mr. Harmon. Mr. Harmon's wife confirmed receipt of that email and verified that she provided hard copies of these materials to Mr. Harmon on October 30, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: October 30, 2022

*/s/ Brian P. Hudak*
Server's signature

Brian P. Hudak, Civil Chief
Printed name and title

U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530
Server's address

Additional information regarding attempted service, etc: