UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LARRY DEAN HARMON (d/b/a Helix),<br><br>        Defendant. | Civil Action No. 22-3203 (BAH) |

**JOINT MOTION TO STAY**

The parties to this case jointly and respectfully seek to stay it pending further order of the Court after the sentencing of Defendant in the parallel criminal case, *United States v. Harmon*, Crim. No. 19-0395 (BAH) (D.D.C.). The grounds for this motion are as follows.

On October 19, 2022, the United States filed this suit against Larry Dean Harmon to recover a civil monetary penalty based on Harmon's alleged failure to comply with certain requirements of the Bank Secrecy Act. Compl., ECF No. 1. With Harmon's consent, the United States served Harmon by emailing a copy of the complaint and summons to his wife on October 30, 2022. Harmon's response to the Complaint is currently due on Monday, November 21, 2022.

As noted in the United States' complaint, Harmon was indicted on various crimes and pled guilty to one on August 18, 2021. Compl. ¶ 37. Harmon's sentencing in his criminal case has yet to occur. Departmental guidance on parallel criminal and civil proceedings provides that in resolving or pursuing a case "that multiple Department components are investigating for the same misconduct, Department attorneys should coordinate with one another to avoid the unnecessary imposition of duplicative fines, penalties, and/or forfeiture against the [defendant]. Specifically, Department attorneys from each component should consider the amount and apportionment of

- 2 -

fines, penalties, and/or forfeiture paid to the other components that are or will be resolving with the [defendant] for the same misconduct, with the goal of achieving an equitable result." Just. Manual § 1-12.100.  Accordingly, the United States believes it is prudent to understand Harmon's sentence in his criminal case—including final amounts of forfeitures, fines, penalties, and assessments—before proceeding with this matter.

Harmon agrees with this approach and believes it is prudent to put off proceeding with this matter until he is sentenced.

Consequently, for the foregoing reasons, the parties jointly and respectively propose to stay this matter until further order of the court after Harmon is sentenced in his criminal case.  The parties further propose that the United States file a status report containing proposals on further proceedings within 30 days following Harmon's sentencing after meeting and conferring on how to proceed in this matter.  A proposed order is enclosed herewith.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>By:      */s/ Brian P. Hudak*<br>      BRIAN P. HUDAK<br>      Chief, Civil Division<br>      601 D Street, NW<br>      Washington, DC 20530<br>      (202) 252-2549 | By:      */s/ (With Permission)*<br>      LARRY DEAN HARMON<br>      3853 Yellow Creek Rd.<br>      Akron, OH 44333<br><br>*Defendant* |

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury that on this 21st day of November 2022, he caused a copy of the foregoing to be sent to Defendant's wife via email consistent with Defendant's consent to receive service of papers in this action through that method.

> */s/ Brian P. Hudak*
> BRIAN P. HUDAK
> Civil Chief, U.S. Attorney's Office