UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY DEAN HARMON (d/b/a Helix),<br><br>　　　　　Defendant. | Civil Action No. 22-3203 (BAH) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the parties' joint motion to stay and the entire record herein, it is hereby

ORDERED that the joint motion is GRANTED;

ORDERED that this matter and all proceedings in it are STAYED pending further order of the Court; and it is further

ORDERED that after Defendant's sentencing in the related criminal case, the United States shall meet and confer with Defendant on proposals for further proceedings in this matter and file a status report no later than 30 days following Defendant's sentencing detailing such proposals.

SO ORDERED:

_____　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge